UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Steven Kyzer,

          Plaintiff,

vs.

Federal Home Loan Mortgage Corporation,

          Defendant.

Case No.: 2:13-cv-00851-GMN-NJK

**ORDER**

On January 30, 2014, the Court dismissed Plaintiff's claims and gave leave to amend by February 14, 2014, warning that failure to do so may result in dismissal with prejudice. (Order, ECF No. 27.)  That deadline has now elapsed, and Plaintiff has not filed an amended pleading.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's claims are dismissed with prejudice.  The Clerk shall close the case and enter judgment accordingly.

**DATED** this 7th day of April, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court