# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN KYZER,<br><br>        Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>        Defendant. | Case No. 2:13-cv-0851-GMN-NJK<br><br>ORDER<br><br>Docket No. 30 |

    Before the Court is Plaintiff's Motion to Substitute Attorney, filed July 15, 2014.  Docket No. 30.  This case has been dismissed with prejudice.  Docket No. 29.  Accordingly, Plaintiff's Motion is **DENIED** as moot.

    IT IS SO ORDERED.

    DATED: July 16, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge